|  | FILED |
|---|---|
|  | United States Court of Appeals |
| UNITED STATES COURT OF APPEALS | Tenth Circuit |
| FOR THE TENTH CIRCUIT | December 4, 2025 |
|  | Christopher M. Wolpert |
|  | Clerk of Court |

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

JEREMY ALAN WEBER,

    Defendant - Appellant.

No. 25-3201
(D.C. No. 5:24-CR-40035-TC-1)
(D. Kan.)

**ORDER**

Before **HOLMES**, Chief Circuit Judge.

This matter is before the court on the appellant's Amended Motion to Withdraw (the "Motion"), which was filed by the appellant's retained counsel, Thomas G. Lemon. Mr. Lemon seeks leave to withdraw from any further representation of the appellant in this court. The required preliminary documents have been filed. 10th Cir. R. 46.3(A). Upon consideration, the Motion is granted as provided in this order, and retained counsel's obligations will end following completion of the tasks assigned to him below.

The district court found the appellant eligible to proceed with *in forma pauperis* status for the appeal [Dist. Ct. ECF 51]. Accordingly, this court finds that pursuant to 18 U.S.C. § 3006A, the appellant is eligible for, and the interests of justice require, the appointment of counsel to assist with this appeal. The court appoints Attorney Timothy Kingston as counsel for the appellant.

The court also directs as follows:

1. On or before December 18, 2025, Mr. Lemon shall transmit copies of any documents in his possession pertinent to this appeal that are not available on PACER or CM/ECF, including exhibits introduced at hearings and/or trial, to Mr. Kingston (address: 11861 Bay Road West, Foley, AL 36535; telephone: 307-638-8885; email: kingston@rockymtnlaw.com).

2. Also by or before December 18, 2025, Mr. Kingston shall file and serve an entry of appearance in this case. *See* 10th Cir. R. 46.1.

3. This appeal is fully perfected. But if Mr. Kingston determines that additional documents or transcripts from the district court will be needed to prosecute this appeal, he may file amended or supplemental requests in the district court no later than December 24, 2025. Service notice should be provided to this court as necessary.

4. The clerk of this court shall transmit a copy of this order to the clerk of the district court. The clerk of the district court shall wait until at least December 26, 2025, before transmitting the record on appeal to this court. Briefing on the merits will begin after the district court transmits the record on appeal to this court.

5. Lastly, Mr. Lemon shall serve the appellant with a copy of this order.

Entered for the Court

Per Curiam