# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
          **PLAINTIFF,**

vs.                                        **CASE NO. 5:24-cr-40035-TC**

**JEREMY ALAN WEBER,**
          **DEFENDANT.**

## GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE RESTITUTION HEARING

**COMES NOW** the United States of America by and through Ryan A. Kriegshauser, United States Attorney for the District of Kansas, and Sara L. Walton, Assistant United States Attorney, and moves this Court to continue the restitution hearing currently scheduled for January 14, 2026. The defendant joins in this request.

1. On October 31, 202 , Mr. Weber was sentenced to a term of 25 years imprisonment. At the sentencing hearing, the Court announced its intent to offer restitution but deferred the imposition of a restitution judgment until January 14, 2026.

2. Mr. Weber waived his right to be present at any restitution hearing in this matter.

3. The parties request a continuance to allow counsel time to meet and confer regarding a proposed restitution amount and to allow counsel for the government to meet and confer with the victim regarding a proposed agreement.

4. If allowed additional time, the parties anticipate that there will not be a need for an evidentiary hearing on this matter.

5. As a secondary concern, counsel for the government is unavailable January 14, 2026 due to a out-of-state training the week of January 12, 2026.

We therefore request the Court continue the restitution hearing for approximately 30 days.

Respectfully submitted,

RYAN A. KRIEGSHAUSER
United States Attorney
District of Kansas

By:   /s/ Sara L. Walton
Sara L. Walton, KS Bar No. 24106
Assistant United States Attorney
District of Kansas
290 Carlson Federal Building
444 SE Quincy Street
Topeka, KS 66683
Ph: 785.295.2850 (Office)
Fax: 785.295.2853
sara.walton@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on this, I electronically filed the foregoing Motion with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the attorney of record.

                                    By:    /s/ Sara L. Walton
                                                Sara L. Walton, KS Bar No. 24106
                                                Assistant United States Attorney