# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
        **PLAINTIFF,**

vs.                                                                                          **CASE NO. 5:24-CR-40035-TC**

**JEREMY ALAN WEBER,**
        **DEFENDANT.**

# ORDER

Before the Court is the Government Unopposed Motion to Amend the Judgment.

Upon consideration, the Governments Unopposed Motion to Amend Judgment filed by the United States, is hereby GRANTED. An amended judgment will be filed forthwith reflecting the restitution due and owing in this case as follows:

| Victim | Restitution Ordered | Priority |
| --- | --- | --- |
| Victim 1 | $910.00 | Priority 1 |
| Victim 2 | $73,090.00 | Priority 2 |
| **TOTAL** | | **$74,000** |

Further, the amended Judgment will reflect that any funds currently seized by the United States shall be applied to the satisfy the Order of Restitution in first order.

1

Further, the amended Judgement will reflect the waiver of interest on the restitution amount based on the defendant's inability to pay.

IT IS SO ORDERED THIS 24th day of February, 2026.

s/ Toby Crouse  
HONORABLE TOBY CROUSE  
United States District Judge