IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                    Case No.  5:24CR40035-001-TC

JEREMY ALAN WEBER,

        Defendant,

   and

NSPJ ARCHITECTS, P.A.,

        Garnishee.

## **UNOPPOSED MOTION FOR GARNISHEE ORDER**

The United States of America, by Ryan A. Kriegshauser, United States Attorney for the District of Kansas, and Kathryn E. Sheedy, Assistant United States Attorney, moves the Court for a Garnishee Order directing Garnishee NSPJ Architects, P.A. to pay over property of Defendant Jeremy Alan Weber.

In support of its motion, the United States represents the following:

1. A Writ of Garnishment, Doc. 33, was issued by the Clerk on October 21, 2025, prior to entry of judgment pursuant to 28 U.S.C. § 3104.

2. The United States served Garnishee NSPJ Architects, P.A. with copies of the Writ of Garnishment, Doc. 33, and an instruction explaining the requirement that Garnishee submit a written answer to the writ as required by 28 U.S.C. §§ 3104(b), 3205(c)(3), by emailing these documents to Garnishee NSPJ Architects, P.A., which confirmed acceptance of service on October 21, 2025.

3.    The United States served Defendant Jeremy Alan Weber copies of the Application for Pre-Judgment Writ of Garnishment, Doc. 32, the Affidavit in Support of Application for Pre-Judgment Writ of Garnishment, Doc. 32-1, the Writ of Garnishment, Doc. 33, the Clerk's Notice required by 28 U.S.C. § 3202, and instructions to Defendant for objecting to the answer of the garnishee and for obtaining a hearing on the objections as required by 28 U.S.C. §§ 3104(b), 3205(c)(3) via Defendant's attorney through CM/ECF system, which sent notices to all parties receiving notices electronically, on October 21, 2025.

4.    Plaintiff United States of America served copies of the Application for Pre-Judgment Writ of Garnishment, Doc. 32, the Affidavit in Support of Application for Pre-Judgment Writ of Garnishment, Doc. 32-1, the Writ of Garnishment, Doc. 33, and the Clerk's Notice required by 28 U.S.C. § 3202 on each person whom the United States, after diligent inquiry, has reasonable cause to believe has an interest in the property in the custody, control, or possession of Garnishee NSPJ Architects, P.A. by mailing these documents to: None.

5.    More than twenty (20) days have passed since Defendant Jeremy Alan Weber and all interested parties, if any, were served with a copy of the Clerk's Notice required by 28 U.S.C. § 3202, and no claim for exemption or request for hearing has been filed with the Court.

6.    Garnishee NSPJ Architects, P.A. filed an Answer on October 23, 2025, Doc. 35, stating that at the time of the service of the Writ of Garnishment it had in its custody, control, or possession property in which Defendant Jeremy Alan Weber has an interest or for which Garnishee NSPJ Architects, P.A. is or may become indebted to Defendant in the form of the following accounts: Safe Harbor $ with an approximate value of $8,245.00 (100% vested), ESOP Cash with an approximate value of $3,211.12 (20% vested), and ESOP Stock with an approximate value of $6,878.42 (20% vested).

7. More than twenty (20) days have passed, plus three days for mailing, since Garnishee NSPJ Architects, P.A. mailed a copy of its Answer to Defendant Jeremy Alan Weber and no objection has been filed with the Court.

8. On February 25, 2026, an Amended Judgment, Doc. 73, was entered against Defendant Jeremy Alan Weber in the amount of $74,600.00 without interest, with a balance due of $74,000 as of February 27, 2026. In his Plea Agreement, Doc. 27, Defendant Jeremy Alan Weber waived any requirement for demand of payment on any criminal monetary penalties entered by this Court.

9. Defendant Jeremy Alan Weber does not oppose entry of a Garnishee Order directing Garnishee NSPJ Architects, P.A. to immediately liquidate and pay over his property in the custody, control, or possession of Garnishee NSPJ Architects, P.A., to the Court.

WHEREFORE, the United States moves the Court for a Garnishee Order directing Garnishee NSPJ Architects, P.A. to immediately liquidate and pay over property of Defendant Jeremy Alan Weber to the United States and that such order remain in effect until such time as Garnishee NSPJ Architects, P.A. no longer has custody, possession, or control of any property belonging to Defendant Jeremy Alan Weber and is no longer indebted to Defendant Jeremy Alan Weber and will not become indebted to Defendant Jeremy Alan Weber in the future.

Plaintiff United States further requests that all payments should be made payable to the "Clerk, U.S. District Court," with a notation of Defendant Jeremy Alan Weber's name and the Case No. 5:24CR40035-001-TC, and be mailed to the United States District Court Clerk at Wichita U.S. Federal Court, 401 N Market, Suite 204, Wichita, KS 67202.

Respectfully submitted,

RYAN A. KRIEGSHAUSER
United States Attorney
District of Kansas

s/ Kathryn E. Sheedy
KATHRYN E. SHEEDY
Assistant United States Attorney
Ks. S.Ct. No. 22867
444 SE Quincy
Federal Building, Suite 290
Topeka, KS 66683-3592
PH:  785-295-2850
FX:  785-295-2658
Email: kathryn.sheedy@usdoj.gov
Attorneys for the Plaintiff United States

CERTIFICATE OF MAILING

I certify that on March 4, 2026, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice to all parties receiving notices electronically.

I further certify that on this date the foregoing document and the notice of electronic filing were served via U.S. mail upon the following non-CM/ECF participant:

NSPJ Architects, P.A.
Attn: Legal Department
9415 Nall Ave., Ste. 300
Prairie Village, KS 66207
Garnishee

s/ Kathryn E. Sheedy
KATHRYN E. SHEEDY
Assistant United States Attorney