IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                             Case No. 5:24CR40035-001-TC

JEREMY ALAN WEBER,

        Defendant,

    and

SMITH, MOORE & CO.,

        Garnishee,

    and

RBC CAPITAL MARKETS, LLC,

        Garnishee.

## AGREED GARNISHEE ORDER

Comes on for decision the United States of America's Unopposed Motion for Garnishee Order, Doc. 76. The United States appears by Ryan A. Kriegshauser, United States Attorney for the District of Kansas, and Kathryn E. Sheedy, Assistant United States Attorney. The Defendant Jeremy Alan Weber appears by counsel, Thomas G. Lemon.

The Court, upon review of the file and pleadings **grants** Plaintiff's Motion for Garnishee Order, Doc. 76.

The Court, upon review of the file and pleadings, finds as follows:

1. The United States has complied with the requirements of 28 U.S.C. § 3104 in serving Garnishee Smith, Moore & Co., Garnishee RBC Capital Markets, LLC, Defendant Jeremy

Alan Weber, and all interested parties, if any, with pleadings and notices related to this garnishment proceeding.

2.      Garnishee Smith, Moore & Co. and/or Garnishee RBC Capital Markets, LLC have in their custody, control, or possession property in which Defendant Jeremy Alan Weber has an interest or for which Garnishees are or may become indebted to Defendant in the form of: a ROTH IRA Account #xxx24167 with an approximate value of $55,383.00. Upon information and belief, Garnishee Smith, Moore & Co. is the brokerage firm who oversees investments in Defendant Weber's ROTH IRA, and Garnishee RBC Capital Markets, LLC is the financial institution who serves as the recordkeeper of the ROTH IRA.

3.      No claim for exemption or objection to the Answers were filed and the time to do so has passed.

THE COURT THEREFORE ORDERS that Garnishee Smith, Moore & Co. and/or Garnishee RBC Capital Markets, LLC immediately liquidate and pay over the property of Defendant Jeremy Alan Weber to the United States. This order shall remain in effect until such time as Garnishees no longer have custody, possession, or control of any property in which Defendant Jeremy Alan Weber has an interest or for which Garnishees are or may become indebted to Defendant.

IT IS FURTHER ORDERED that all payments should be made payable to the "Clerk, U.S. District Court," with a notation of Defendant Jeremy Alan Weber's name and the Case No. 5:24CR40035-001-TC, and be mailed to the United States District Court Clerk at Wichita U.S. Federal Court, 401 N Market, Suite 204, Wichita, KS 67202.

IT IS FURTHER ORDERED that once Garnishee Smith, Moore & Co. and/or Garnishee RBC Capital Markets, LLC no longer have custody, possession, or control of any property in which Defendant Jeremy Alan Weber has an interest or once Garnishees are no longer indebted to

2

Defendant Jeremy Alan Weber and will not become indebted to Defendant Jeremy Alan Weber in the future, Garnishees are hereby released and discharged as Garnishee in this action.

**IT IS SO ORDERED.**

Dated this 25th day of March, 2026.

s/ Toby Crouse
TOBY CROUSE
UNITED STATES DISTRICT JUDGE

Submitted by:

RYAN A. KRIEGSHAUSER
United States Attorney
District of Kansas

s/ Kathryn E. Sheedy
KATHRYN E. SHEEDY
Assistant United States Attorney
Ks. S.Ct. No. 22867
Federal Building, Suite 290
444 SE Quincy
Topeka, KS 66683-3592
PH:  785-295-2850
FX:  785-295-2658
Email:  kathryn.sheedy@usdoj.gov
Attorneys for the Plaintiff United States

Approved by:

s/Thomas G. Lemon
THOMAS G. LEMON - #16120
CAVANAUGH, BIGGS & LEMON, P.A.
3200 SW Huntoon
Topeka, KS 66604
tlemon@cavlem.com
785-440-4000
Attorney for Defendant Jeremy Alan Weber

3