UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 24-40035-TC |
| | ) | |
| JEREMY WEBER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **WITHDRAWAL OF COUNSEL**

COMES NOW, Scott L. Anderson, Special Assistant United States Attorney, and withdraws his appearance on behalf of the plaintiff, United States of America, for the associated criminal forfeiture proceedings. Plaintiff will continue to be represented by Assistant United States Attorney, Aaron Smith, who has entered an appearance in this case.

Respectfully submitted,

RYAN A. KRIEGSHAUSER
United States Attorney
District of Kansas

/s/Scott L. Anderson
Scott L. Anderson
Special Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6591
Fax (316) 269-6484
KS. S. Ct. #11602
Scott.Anderson2@usdoj.gov

## CERTIFICATION OF SERVICE

I hereby certify that on May 14, 2026, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will electronically provide notice and copies to the attorneys of record.

/s/Scott L. Anderson
Scott L. Anderson
Special Assistant United States Attorney