IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA, )
Plaintiff, )
v. ) Case No. 24-CR-40035-TC
JEREMY ALAN WEBER, )
Defendant. )

**FINAL ORDER OF FORFEITURE**

The United States of America moves for a final forfeiture order forfeiting to the United States of America certain personal property (Doc. 82). After reviewing the record, the Court makes the following findings:

1. On September 5, 2025, this Court entered a Preliminary Order of Forfeiture ordering the forfeiture of the following property, subject to third party claims:

A. HP Z-Book Fury 16G10 serial number 5CG3385C27; and

B. WD Blue 500 GB SATA SSD Solid State Drive serial number 174009420502.

2. Notice was published on an official government internet website, www.forfeiture.gov, for at least thirty consecutive days, beginning on September 9, 2025, of the United States' intent to dispose of the property in accordance with the law and, further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property.

3. The United States sent a copy of the Preliminary Order of Forfeiture and Notice of Forfeiture to the "current resident" by certified mail, return receipt requested and first-class mail.

(Doc. 54).

4. It appears from the record that no petitions or claims, contested or otherwise, have been filed.

THE COURT THEREFORE ORDERS that the United States' Motion for a Final Order of Forfeiture (Doc. 82) is GRANTED. All right, title, and interest to the property listed above is hereby condemned, forfeited to, and vested in the United States of America and shall be disposed of according to law.

THE COURT FURTHER ORDERS that the United States District Court shall retain jurisdiction of the case for the purpose of enforcing this Order.

IT IS SO ORDERED.

Dated this 23rd day of October, 2026.

s/ Toby Crouse
HONORABLE TOBY CROUSE
UNITED STATES DISTRICT JUDGE